972

**Jack DAVIS, Plaintiff–Appellant,**

v.

**Richard HERMAN and The Board of Trustees of the University of Illinois, Defendants–Appellees.**

No. 2008–1518.

United States Court of Appeals, Federal Circuit.

Sept. 29, 2008.

### *ORDER*

Pursuant to this court's order filed September 2, 2008,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the Seventh Circuit.

**Willie S. LYNCH, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2008–3329.

United States Court of Appeals, Federal Circuit.

Sept. 30, 2008.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.